UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NANCY WALRATH,

       Plaintiff,

  v.                                6:15-CV-00463 (TJM/TWD)

NEW YORK STATE CANAL CORPORATION and
NEW YORK STATE THRUWAY AUTHORITY,

       Defendants.
_____

THOMAS J. McAVOY,
Senior United States District Judge

## DECISION & ORDER

**I. INTRODUCTION**

This action brought pursuant to Title VII of the Civil Rights Act of 1964 was referred to the Hon. Thérèse Wiley Dancks, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to Magistrate Judge Dancks' Report-Recommendation [dkt. # 29] have been filed, and the time to do so has expired.

**II. DISCUSSION**

After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

**III. CONCLUSION**

Accordingly, the Court **ADOPTS** the Report-Recommendation and Order [dkt. # 29]

1

for the reasons stated therein. Therefore, it is hereby

**ORDERED** that Plaintiff's motion [dkt. # 28] to dismiss this action pursuant to Fed. R. Civ. P. 25(a) is **GRANTED,** and the Complaint is **DISMISSED with prejudice.**

Dated:October 18, 2016

Thomas J. McAvoy
Senior, U.S. District Judge